# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160029(102)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KYLE JONES,
        Defendant-Appellant.

_____/

SC: 160029
COA: 339556
Macomb CC: 2016-000578-FC

On order of the Chief Justice, the fourth motion of defendant-appellant to extend the time for filing an amended application for leave to appeal is GRANTED. The amended application will be accepted for filing if submitted on or before January 27, 2020. No further extensions will be granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



Clerk